# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., § § § | |
| *Plaintiff*, § | CIVIL ACTION NO. 2:24-cv-00124-JRG-RSP |
| § | |
| v. § | |
| § | |
| CHARTER COMMUNICATONS, INC. *et al.* and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, § § § § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff Adaptive Spectrum and Signal Alignment, Inc. seeking to add claims for U.S. Patent No. 11,770,313 against Defendants Charter Communications, Inc., Charter Communications Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC. ("Defendants Charter and Spectrum"). **Case No. 2:24-cv-00029-JRG-RSP, Dkt. No. 69**. Related is the Unopposed Motion for Extension of Time to File Answer filed by Defendants Charter and Spectrum. **Case No. 2:24-cv-00029-JRG-RSP, Dkt. No. 79.** Also related is the Joint Motion to Amend the Docket Control Order for the 2:24-cv-124 case filed by Plaintiff ASSA and Defendants Charter and Spectrum. **Case No. 2:24-cv-00029-JRG-RSP, Dkt. No. 75.** After consideration, and noting their unopposed and joint natures, the Motions are **GRANTED**. It is

**ORDERED** that Plaintiff ASSA has leave to file the Amended Complaint against the Charter and Spectrum Defendants. It is

**FURTHER ORDERED** that Defendants Charter and Spectrum's deadline to answer the Amended Complaint is September 9, 2024. It is

**FURTHER ORDERED** that Defendants Charter and Spectrum's deadline to comply with P.R. 3-3 for the '313 Patent is October 30, 2024.

**SIGNED this 22nd day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE