# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:24-cv-00124-JRG-RSP <br><br> JURY TRIAL DEMANDED <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> **REDACTED VERSION** |

## NOTICE OF CORRECTION TO DKT. 35

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff" or "ASSIA") respectfully submits this Notice of Correction to Dkt. 35, which is ASSIA's Opposition to Defendant's Motion to Transfer Under 28 U.S.C. § 1404(A) or, in the Alternative, Partial Motion to Dismiss Plaintiff's First Amended Complaint Under Rule 12(b)(6) [Dkt. 32] (the "Opposition"), to correct two non-substantive, typographical errors:

1.  On Opposition page 5, the date of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ should have stated April 29, 2022 (not 2000), as correctly reflected in Ex. 44 at 8 (Dkt. 35-3), Ex. 45 at 1 (Dkt. 35-4), and Ex. 46 at ¶ 1.1 (Dkt. 35-5), all filed as Exhibits to the Glauser Declaration in support of the ASSIA's Opposition (Dkt. 35-1).

2.  On Opposition page 22, and consistent with ASSIA's arguments throughout its Opposition (*see* Dkt. 35 at 4-5, 9), the following sentence should have read "at least ▮▮ (not "at least ▮▮) and thus should be edited to read as follows: "As noted above, at least ▮▮ of those third parties have offices or individuals located ▮ Texas."

1

| | |
|---|---|
| October 2, 2024 | Respectfully submitted,<br><br>/s/ *Nicole Glauser*<br><br>Robert F. Kramer<br>CA Bar No. 181706 (Admitted E.D. Texas)<br>rkramer@krameralberti.com<br>David Alberti<br>CA Bar No. 220265 (Admitted E.D. Texas)<br>dalberti@kramerablerti.com<br>Sal Lim<br>CA Bar No. 211836 (Admitted E.D. Texas)<br>slim@krameralberti.com<br>Russell S. Tonkovich<br>CA Bar No. 233280 (Admitted E.D. Texas)<br>rtonkovich@krameralberti.com<br>Hong S. Lin<br>CA Bar No. 249898 (Admitted E.D. Texas)<br>hlin@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>950 Tower Ave., Ste 1725<br>Foster City, CA 94404<br>Telephone: 650 825-4300<br>Facsimile: 650 460-8443<br><br>Nicole Glauser<br>Texas State Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>500 W 2nd Street, Suite 1900<br>Austin, Texas 78701<br>Telephone: (737) 256-7784<br>Facsimile: (650) 460-8443<br><br>Melissa Richard Smith<br>Tex. State Bar No. 24001351<br>melissa@gillamsmith.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Telephone: 903-934-8450<br>Facsimile: 903-934-9257<br><br>*Attorneys for Plaintiff*<br>*Adaptive Spectrum and Signal Alignment, Inc.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on October 2, 2024, pursuant to L.R. CV-5.2.

/s/ *Nicole Glauser*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

Pursuant to Local Rule CV-5, I hereby certify that the authorization for filing under seal has been previously granted by the Court in Protective Order (Dkt. 22) entered in this case on July 22, 2024.

/s/ *Nicole Glauser*