IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>Defendant. | Case No.: 2:24-cv-124 -JRG-RSP |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to Patent Rule 4-3 and the Court's Amended Docket Control Order (Dkt. 40), Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA" or "Plaintiff") and Defendant Charter Communications, Inc. ("Defendant" or "Charter")[1] submit the following Joint Claim Construction and Prehearing Statement to the Court, stating as follows:

### I.     Construction of Claim Terms on Which the Parties Agree

The parties have met and conferred and have not come to agreement on the construction of any of the terms of U.S. Patent Nos. 7,809,996 (the "'996 Patent"), 10,848,398 (the "'398 Patent"), 11,050,654 (the "'654 Patent"), 11,477,108 (the "'108 Patent"), and 11,770,313 (the "'313 Patent") (collectively, "the Asserted Patents") in dispute.

---

[1] ASSIA agreed to dismiss its claims against defendants Charter Communications Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC in this case based on certain representations made by Charter. Dkt. 80 in Case No. 2:24-cv-00029-JRG-RSP.

## II. Proposed Constructions of Disputed Terms/Phrases

**Exhibit A** lists the parties' proposed constructions for terms/phrases in dispute and/or indefiniteness positions for the Asserted Patents with intrinsic and extrinsic evidence supporting such constructions.

The parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by the other party, and any evidence obtained through claim construction discovery, if any.  In addition, each party reserves the right to amend, correct, or supplement its claim construction position and supporting evidence in response to any change of position by the other party, or for other good cause.

## III. P.R. 4-3(a)(3) Time for Claim Construction Hearing

The parties believe that no more than three (3) hours (90 minutes per side) should be necessary for the claim construction hearing in this case.

## IV. P.R. 4-3(a)(4) Witnesses to be Called at the Claim Construction Hearing

No party will call any live witness at the claim construction hearing.

## V. P.R. 4-3(a)(5) Prehearing Conference Prior to Claim Construction Hearing

The parties are not presently aware of any issues which might be taken up at a prehearing conference prior to the claim construction hearing.

Dated: December 19, 2024

Respectfully submitted,

/s/ *Nicole Glauser*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com

Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@krameralberti.com
Jeremiah A. Armstrong
CA Bar No. 253705 (Pro Hac Vice)
jarmstrong@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: 650 825-4300
Facsimile: 650 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*ATTORNEYS FOR PLAINTIFF*

/s/ *Deepa Acharya*
David Eiseman
davideiseman@quinnemanuel.com
Xuemeng Wang
ellewang@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600

Facsimile: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8000

Trevor J. Quist
trevorquist@quinnemanuel.com
Dawn David
trevorquist@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Telephone: (801) 515-7300
Facsimile: (801) 515-7400

Scott J. Bornstein
New York Bar No. 2737492
Email: scott.bornstein@gtlaw.com
Richard C. Pettus
New York Bar No. 2805059
Email: pettusr@gtlaw.com
Wen Xue
New York Bar No. 5598008
Email: xuew@gtlaw.com
**GREENBERG TRAURIG LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Nicholas Martin
TX Bar No. 24085453
Email: nicholas.martin@gtlaw.com
**GREENBERG TRAURIG LLP**
300 West 6th Street Suite 2050
Austin, TX 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

>Deron R. Dacus
>State Bar No. 00790553
>ddacus@dacusfirm.com
>**DACUS LAW FIRM**
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Telephone: (903) 705-1117
>Facsimile: (903) 581-2543
>
>*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on December 19, 2024, pursuant to L.R. CV-5.2.

>/s/ *Nicole Glauser*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on December 18, 2024 counsel for Plaintiff met and conferred with counsel for Charter to discuss the substantive issues addressed in this Statement pursuant to Local Rule CV-7(h-i).

>/s/ *Nicole Glauser*