# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. et al, <br><br> *Defendants*. | CASE NO. 2:24-cv-00124-JRG-RSP |

## ORDER

Before the Court is Defendant Charter Communications, Inc.'s Motion for Extension of Time to File Its Opposition to Plaintiff Adaptive Spectrum and Signal Alignment, Inc.'s Motion to Compel (Dkt. No. 54). **Dkt. No. 56**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendant's Opposition to the above Motion to Compel (Dkt. No. 54) is due January 3, 2025.

**SIGNED this 23rd day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE