AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM & SIGNAL ALIGNMENT, IN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-00124-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., ET Al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHARTER COMMUNICATIONS, INC. ET AL,                                              .

Date:     01/09/2025

/s/ Stephen M. Ullmer
*Attorney's signature*

Stephen M. Ullmer
*Printed name and bar number*

Greenberg Trauril LLP.
10260 SW Greenburg Road, Suite 400
Portland, OR 97223

*Address*

ullmers@gtlaw.com
*E-mail address*

(503) 200-6200
*Telephone number*

(212) 801-6400
*FAX number*