AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| ADAPTIVE SPECTRUM & SIGNAL ALIGNMENT, IN ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    2:24-cv-00124-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHARTER COMMUNICATIONS, INC. ET AL,                                                                 .

Date:     01/09/2025

/s/ Wen Xue
*Attorney's signature*

Wen Xue
*Printed name and bar number*

Greenberg Trauril LLP.
One Vanderbilt Ave. Floor 31
New York, NY 10017

*Address*

xuew@gtlaw.com
*E-mail address*

(212) 801-9200
*Telephone number*

(212) 801-6400
*FAX number*