IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. et al, <br><br> Defendants. | CASE NO. 2:24-cv-00124-JRG-RSP <br><br><br> **JURY TRIAL DEMANDED** |

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS

Before the Court is Plaintiff's Motion to Compel Defendant's Production of Documents (the "Motion"). Having considered the briefing and arguments of the parties, the Court **DENIES** the Motion.

IT IS SO ORDERED.