IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br> v. <br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:24-cv-00124-JRG-RSP |

### ORDER

Before the Court is the Unopposed Motion to Withdraw Plaintiff's Motion to Compel (Dkt. No. 53) Without Prejudice filed by Plaintiff Adaptive Spectrum and Signal Alignment, Inc.. **Dkt. No. 63**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the Motion to Compel (Dkt. No. 53) is hereby **WITHDRAWN WITHOUT PREJUDICE**.

It is further **ORDERED** that the hearing set for January 13, 2025 at 9:00am in Marshall, Texas is hereby **CANCELLED**.

**SIGNED this 10th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE