**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No.: 2:24-cv-124-JRG-RSP |

## JOINT MOTION TO AMEND THE FIRST DOCKET CONTROL ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINES

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") and Defendant Charter Communications, Inc.[1] ("Charter") jointly and respectfully request that the Court extend claim construction briefing and discovery deadlines, as reflected in the Second Amended Docket Control Order attached hereto. Specifically, the Parties seek to extend the deadlines for (1) ASSIA to file its Opening Claim Construction Brief, pursuant to P.R. 4-5(a), from February 5, 2025 to February 7, 2025; (2) Charter to file its Responsive Claim Construction Brief, pursuant to P.R. 4-5(b), from February 19, 2025 to February 24, 2025; (3) the Parties to Complete Claim Construction Discovery, pursuant to P.R. 4-4, from February 26, 2025 to March 2, 2025; and (4) ASSIA to file its Reply Claim Construction Brief, pursuant to P.R. 4-5(c), from February 26, 2025 to March 3, 2025.

---

[1] ASSIA agreed to dismiss its claims against Charter Communications Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC in this case. Dkt. 80 in Case No. 2:24-cv-00029-JRG-RSP.

This extension is not sought for prejudice or delay, but for good cause and so that justice may be served. This extension will not impact any other case deadlines and will allow the Parties additional time to evaluate each Parties' respective claim construction positions and accommodate certain conflicts that arise with Charter's counsel.

The Parties met and conferred to discuss the proposed extensions of the deadlines requested in this Motion and are jointly seeking the relief sought herein.  Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed order attached hereto.

Dated: February 5, 2025

Respectfully submitted,

/s/ *Deepa Acharya*
David Eiseman
davideiseman@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8000

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**DACUS LAW FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

**ATTORNEYS FOR DEFENDANTS**

/s/ *Nicole Glauser*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com

**KRAMER ALBERTI LIM & TONKOVICH LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street**,** Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*ATTORNEYS FOR PLAINTIFF*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 5, 2025, the above was filed with the Court's ECF system which will send notification of such filing to all registered participants.

*/s/ Deepa Acharya*

<u>**CERTIFICATE OF CONFERENCE**</u>

The undersigned hereby certifies that counsel for Plaintiff met and conferred with all counsel of record pursuant to Local Rule CV-7(i), and this is a joint submission.

*/s/ Deepa Acharya*