# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No.: 2:24-cv-124-JRG-RSP |

## CHARTER COMMUNICATIONS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Charter Communications, Inc.[1] ("Charter") files this Notice of Supplemental Authority to bring to the Court's attention recent activity in *Adaptive Spectrum & Signal Alignment, Inc. v. AT&T Inc.*, 2:24-cv-00029-JRG-RSP ("the *AT&T* Case"). On February 6, 2025, the Court in the *AT&T* Case granted the parties' Joint Motion to Dismiss All Claims and Defenses Related to U.S. Patent No. 7,428,669 (the '669 patent). *See* Dkt. 119 in the *AT&T* Case (attached hereto as Exhibit A). In the present case, the '669 patent is discussed in the parties' briefing relating to Charter's pending Motion to Transfer Venue. *See* Dkt. 35 at 6–7, 19–20; Dkt. 42 at 8–9.

---

[1] Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") agreed to dismiss its claims against Defendants Charter Communications Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC in this case. Dkt. 80 in Case No. 2:24-cv-00029-JRG-RSP.

Dated: February 7, 2025

Respectfully submitted,

/s/ *Deepa Acharya*
David Eiseman
davideiseman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8000

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**DACUS LAW FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, the above was filed with the Court's ECF system which will send notification of such filing to all registered participants.

/s/ *Deepa Acharya*

2