# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM and SIGNAL ALIGNMENT, INC., §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>AT&T ENTERPRISES, LLC, AT&T §<br>MOBILITY LLC, AT&T MOBILITY II §<br>LLC, and AT&T SERVICES INC. §<br>§<br>*Defendants*. § | CIVIL ACTION NO. 2:24-cv-00029-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss All Claims and Defenses Related to U.S. Patent No. 7,428,669 (the "Motion") filed by Plaintiffs Adaptive Spectrum and Signal Alignment, Inc. (collectively, "Plaintiffs") and Defendants AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. (collectively, "Defendants"). (Dkt. No. 112.) In the Motion, the parties request dismissal of "all claims and counterclaims concerning U.S. Patent No. 7,428,669" in the above-captioned action without prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and counterclaims asserted between Plaintiffs and Defendants concerning U.S. Patent No. 7,428,669 in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as parties and claims remain.

**So ORDERED and SIGNED this 6th day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE