**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-00124-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF NICOLE GLAUSER IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Nicole Glauser, hereby declare as follows:

1. I am an attorney licensed to practice in the State of Texas and am a partner at Kramer Alberti Lim & Tonkovich LLP, counsel for Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff" or "ASSIA") in this action. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently to them if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 7,809,996 (the "'996 Patent"), bates numbered ASSIA_CHARTER-00020120 - ASSIA_CHARTER-00020142.

3. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 10,848,398 (the "'398 Patent"), bates numbered ASSIA_CHARTER-00007536 - ASSIA_CHARTER-00007560.

4. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 11,770,313 (the "'313 Patent"), bates numbered ASSIA_CHARTER-00017206 - ASSIA_CHARTER-00017225.

5. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 11,050,654 (the "'654 Patent"), bates numbered ASSIA_CHARTER-00009059 - ASSIA_CHARTER-00009087.

6. Attached hereto as **Exhibit E** is a true and correct copy of U.S. Patent No. 11,477,108 (the "'108 Patent"), bates numbered ASSIA_CHARTER-00011288 - ASSIA_CHARTER-00011314.

7. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from *Newton's Telecom Dictionary*, 18th Ed. (2002), bates numbered ASSIA_CHARTER-00032837 - ASSIA_CHARTER-00032840.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the *Petition for Inter Partes Review of U.S. Patent No. 7,809,996*, Case No. IPR2024-01379 (PTAB Sept. 17, 2024), Paper 1.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the *Declaration of Dr. James Martin*, Case No. IPR2024-01379 (PTAB Sept. 17, 2024), Exhibit 1002.

10. Attached hereto as **Exhibit I** is a true and correct copy of is a true and correct copy of an excerpt from *Oxford Dictionary of Electronics and Electrical Engineering*, bates numbered ASSIA_CHARTER-00033814 - ASSIA_CHARTER-00033815.

11. Attached hereto as **Exhibit J** is a true and correct copy of an excerpt from the '654 Patent File History, Reply Brief to the Patent Examiner dated April 1, 2019, bates numbered ASSIA_CHARTER-00008853 – ASSIA_CHARTER-00008859.

12. Attached hereto as **Exhibit K** is a true and correct copy of an excerpt from the '654 Patent File History, Amendment Under 37 C.F.R. § 1.111 dated December 28, 2016, bates numbered ASSIA_CHARTER-00008129 – ASSIA_CHARTER-00008151.

13. Attached hereto as **Exhibit L** is a true and correct copy of an excerpt from the '654 Patent File History, Response to Final Office Action dated June 1, 2017, bates numbered ASSIA_CHARTER-00008191 – ASSIA_CHARTER-00008206.

14. **Exhibit M** is intentionally omitted.

15. **Exhibit N** is intentionally omitted.

16. Attached hereto as **Exhibit O** is a true and correct copy of a 1999 IEEE Presentation entitled "LAN and WAN Rate 10 GigE", bates numbered ASSIA_CHARTER-00032841 – ASSIA_CHARTER-00032853.

(https://grouper.ieee.org/groups/802/3/10G_study/public/sept99/bottorff_1_0999.pdf)

17. Attached hereto as **Exhibit P** is a true and correct copy of 1999 IEEE Meeting Agenda, bates numbered ASSIA_CHARTER-00033222 – ASSIA_CHARTER-00033224. (https://grouper.ieee.org/groups/802/3/10G_study/public/sept99/index.html)

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the 2003 IEEE Draft Comments Document regarding the IEEE 802.3ah standard, bates numbered ASSIA_CHARTER-00033258 – ASSIA_CHARTER-00033540. (https://grouper.ieee.org/groups/802/3/10G_study/public/sept99/bottorff_1_0999.pdf)

19. Attached hereto as **Exhibit R** is a true and correct copy of 2005 IEEE Article by Zemlianov, et al., entitled "Cooperation and Decision-Making in a Wireless Multi-Provider Setting," bates numbered ASSIA_CHARTER-00033246 – ASSIA_CHARTER-00033257.

20. Attached hereto as **Exhibit S** is a true and correct copy of 2012 IEEE Article by Cole, entitled "Beyond 100G Client Optics," bates numbered ASSIA_CHARTER-00033225 – ASSIA_CHARTER-00033233.

21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from a Cisco Publication entitled "Campus Network for High Availability Design Guide," bates numbered ASSIA_CHARTER-00032984 – ASSIA_CHARTER-00033034. (https://www.cisco.com/c/dam/en/us/td/docs/solutions/Enterprise/Campus/HA_campus_DG/hacampus-dg.pdf)

22. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from a 2016 Mercusys Wireless Router User Manual, bates numbered ASSIA_CHARTER-00033541 – ASSIA_CHARTER-00033607. (https://www.manualslib.com/manual/1210485/Mercusys-Mw155r.html#manual)

23. Attached hereto as **Exhibit V** is a true and correct copy of 2020 Cisco Systems Data Sheet, bates numbered ASSIA_CHARTER-00033608 – ASSIA_CHARTER-00033615. (https://www.cisco.com/c/en/us/products/collateral/interfaces-modules/10-gigabit-modules/product_data_sheet0900aecd802a61b9.pdf)

24. Attached hereto as **Exhibit W** is a true and correct copy of Brocade Product Brief, bates numbered ASSIA_CHARTER-00032976 – ASSIA_CHARTER00032983. (https://docs.broadcom.com/doc/GA-DS-1871)

25. Attached hereto as **Exhibit X** is a true and correct copy of an excerpt from the *Petition for Inter Partes Review of U.S. Patent No. 11,477,108,* Case No. IPR2025-00087 (PTAB Oct. 31, 2024), Paper 1.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the Declaration of Dr. Henry Houh, *Petition for Inter Partes Review of U.S. Patent No. 11,477,108,* Case No. IPR2025-00087 (PTAB Oct. 31, 2024), Exhibit 1003.

27. Attached hereto as **Exhibit Z** is a true and correct copy of an excerpt from the *Petition for Inter Partes Review of U.S. Patent No. 10,843,398*, Case No. IPR2025-00012 (PTAB Oct. 25, 2024), Paper 1.

28. Attached hereto as **Exhibit AA** is a true and correct copy of an excerpt from the *Petition for Inter Partes Review of U.S. Patent No. 11,770,313*, Case No. IPR2025-00013(PTAB Oct. 25, 2024), Paper 2.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 7, 2025 /s/ *Nicole Glauser*