# EXHIBIT I


VISIT ONLINE
OXFORD QUICK REFERENCE
CLEAR DEFINITIONS OF EVEN THE MOST TECHNICAL TERMS
Oxford
DICTIONARY OF
Electronics & Electrical Engineering

**percentage error** The relative error expressed as a percentage, by simply multiplying the relative error by 100. *See* ABSOLUTE ERROR.

**percentage modulation** *See* AMPLITUDE MODULATION.

**percentile life** *See* MEAN LIFE.

**perfect dielectric** *See* DIELECTRIC.

**perfect transformer (ideal transformer)** *See* TRANSFORMER.

**period (periodic time)** (symbol: $T$) The time required to complete a single cycle of regularly recurring events. The period of an oscillation is related to the frequency, $f$, and the angular frequency, $\omega$, by

$$T = \frac{1}{f} = \frac{2\pi}{\omega}$$

**periodic** Denoting any variable quantity that has regularly recurring values with respect to equal increments of some independent variable, such as time. The interval between two successive repetitions is the *period.

**periodic damping (overdamping)** *See* DAMPED.

**periodic duty** *See* DUTY.

**periodic signal** A signal that repeats itself at regular intervals; a periodic waveform.

**periodic table** The classification of chemical elements, first introduced by Mendeléev, that demonstrates a periodicity of chemical properties when the elements are arranged in order of their atomic numbers. One form of periodic table is given in Table 11, in the back matter. Elements of similar chemical properties occur in the same vertical group in the periodic table. The periodic table was used to predict the existence of undetected elements.