# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> Defendant. | Case No.: 2:24-cv-124 -JRG-RSP |

## P.R. 4-5(d) JOINT NOTICE REGARDING CLAIM CONSTRUCTION CHART

Pursuant to Patent Rule 4-5(d) and the Court's Second Amended Docket Control Order (Dkt. 69), Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA" or "Plaintiff") and Defendant Charter Communications, Inc. ("Defendant" or "Charter")[1] hereby file a Joint Claim Construction Chart, attached hereto as Appendix A.

The Asserted Patents are U.S. Patent Nos. 7,809,996 ("'996 Patent"), 10,848,398 ("'398 Patent"), 11,050,654 ("'654 Patent"), 11,477,108 ("'108 Patent"), and 11,770,313 ("'313 Patent"). The claim construction hearing relating to disputed claims of certain of the Asserted Patents is scheduled to occur on March 20, 2025 at 9:00 a.m. in Marshall, Texas before Magistrate Judge Roy S. Payne.

---

[1] ASSIA agreed to dismiss its claims against defendants Charter Communications Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC in this case based on certain representations made by Charter. Dkt. 80 in Case No. 2:24-cv-00029-JRG-RSP.

| | |
|---|---|
| Dated:  March 5, 2025 | Respectfully submitted,<br><br>/s/ *Robert F. Kramer*<br><br>Robert F. Kramer<br>CA Bar No. 181706 (Admitted E.D. Texas)<br>rkramer@krameralberti.com<br>David Alberti<br>CA Bar No. 220265 (Admitted E.D. Texas)<br>dalberti@krameralberti.com<br>Sal Lim<br>CA Bar No. 211836 (Admitted E.D. Texas)<br>slim@krameralberti.com<br>Russell S. Tonkovich<br>CA Bar No. 233280 (Admitted E.D. Texas)<br>rtonkovich@krameralberti.com<br>Hong S. Lin<br>CA Bar No. 249898 (Admitted E.D. Texas)<br>hlin@krameralberti.com<br>Jeremiah A. Armstrong<br>CA Bar No. 253705 (*pro hac vice*)<br>jarmstrong@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>950 Tower Ave., Ste 1725<br>Foster City, CA 94404<br>Telephone: 650 825-4300<br>Facsimile: 650 460-8443<br><br>Nicole Glauser<br>Texas State Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>500 W 2nd Street, Suite 1900<br>Austin, Texas 78701<br>Telephone: (737) 256-7784<br>Facsimile: (650) 460-8443<br><br>Melissa Richard Smith<br>Tex. State Bar No. 24001351<br>melissa@gillamsmith.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Telephone: 903-934-8450 |

Facsimile: 903-934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

*/s/ David Eiseman*
David Eiseman
davideiseman@quinnemanuel.com
Xuemeng Wang
ellewang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8000

Trevor J. Quist
trevorquist@quinnemanuel.com
Dawn David
trevorquist@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Telephone: (801) 515-7300
Facsimile: (801) 515-7400

Scott J. Bornstein
New York Bar No. 2737492
Email: scott.bornstein@gtlaw.com
Richard C. Pettus
New York Bar No. 2805059
Email: pettusr@gtlaw.com
Wen Xue
New York Bar No. 5598008
Email: xuew@gtlaw.com

**GREENBERG TRAURIG LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Nicholas Martin
TX Bar No. 24085453
Email: nicholas.martin@gtlaw.com
**GREENBERG TRAURIG LLP**
300 West 6th Street Suite 2050
Austin, TX 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**DACUS LAW FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on March 5, 2025, pursuant to L.R. CV-5.2.

/s/ *Robert F. Kramer*
