AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| ADAPTIVE SPECTRUM & SIGNAL ALIGNMENT, IN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00124-JRG-RSP |
| CHARTER COMMUNICATIONS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHARTER COMMUNICATIONS, INC.    .

Date:   03/12/2025

/s/ Matthew J. Levinstein
*Attorney's signature*

Matthew J. Levinstein  (illinois Bar No. 6300343)
*Printed name and bar number*

Greenberg Trauril LLP.
77 West Wacker Dr. Suite 3100
Chicago, IL 60601

*Address*

Levinsteinm@gtlaw.com
*E-mail address*

(312) 456-1039
*Telephone number*

(312) 456-8435
*FAX number*

Print    Save As...    Reset