IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:24-CV-00124-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") and Defendant Charter Communications, Inc.[1] ("Charter") (collectively, "the Parties") respectfully file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

On February 6, 2025, the Court rescheduled the *Markman* hearing in this case for March 20, 2025. On February 25, 2025, the Court rescheduled the Pretrial Conference in this case for August 20, 2025 at 1:30 p.m. On March 14, 2025, the Parties filed a Joint Motion to Amend the Second Docket Control Order (Dkt. No. 90). In the Parties' Proposed Third Amended Docket Control Order (Dkt. No. 90-1), the Parties inadvertently included the prior date of the *Markman* hearing (which was March 19, 2025) and the prior date of the Pretrial Conference (which was August 18, 2025 at 9:00 a.m.). This inadvertent *Markman* hearing and Pretrial Conference date was included in the Court's Third Amended Docket Control Order (Dkt. No. 92). The Parties

---

[1] ASSIA agreed to dismiss its claims against Defendants Charter Communication Operating, LLC, Charter Communications Holding Company, LLC, and Spectrum Management Holding Company, LLC in this Case. Dkt. No. 80 in Case No. 2:24-cv-00029-JRG-RSP.

1

respectfully request that the Court modify the Court's Third Amended Docket Control Order to include the correct March 20, 2025, *Markman* hearing date and August 20, 2025, Pretrial Conference date.

Counsel for ASSIA met and conferred with counsel for Charter to discuss the substantive relief sought in this Motion. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order including the correct *Markman* hearing and Pretrial Conference date.

Dated: March 18, 2025                              Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer
California Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti (Admitted E.D. Texas)
California Bar No. 220265
dalberti@kramerablerti.com
Sal Lim (Admitted E.D. Texas)
California Bar No. 211836
slim@krameralberti.com
Russell S. Tonkovich
California Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
577 Airport Blvd., Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Nicole Glauser
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
500 West 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

 */s/ Deepa Archarya*
_____
David Eisman
davideisman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Deepa Archarya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8000

Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
**DACUS LAW FIRM**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Defendant*
*Charter Communications, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for ASSIA met and conferred with counsel for Charter to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

/s/ Robert F. Kramer
Robert F. Kramer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this March 18, 2025.

/s/ Robert F. Kramer
Robert F. Kramer