**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br>*et al*<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-00124-JRG-RSP |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Plaintiff Adaptive Spectrum and Signal Alignment, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: March 19, 2025

Respectfully submitted,

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
102 N. College, Suite 800
Tyler, Texas 75702
Telephone:  (903) 934-8450

Facsimile:  (903) 934-9257

Email: tom@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew T. Gorham*

Andrew Thompson ("Tom") Gorham