# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>CHARTER COMMUNICATIONS, INC., <br><br>*Defendant*. | § § § § § § § § § § § § § Case No. 2:24-CV-00124-JRG-RSP |

## ORDER

Charter Communications, Inc. previously filed a Motion to Transfer or, in the Alternative, Partial Motion to Dismiss (Dkt. No. 32). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 104), recommending denial of Charter's Motion to Transfer or, in the Alternative, Partial Motion to Dismiss. Charter has now filed Objections (Dkt. No. 110), with Adaptive filing a Response (Dkt. No. 132).

After conducting a *de novo* review of the briefing on the Motion to Transfer or, in the Alternative, Partial Motion to Dismiss; the Report and Recommendation; and the briefing on Charter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charter's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Transfer or, in the Alternative, Partial Motion to Dismiss (Dkt. No. 32) is **DENIED**.

**So ORDERED and SIGNED this 29th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE