IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br> *Plaintiff*, <br> v. <br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, *and* SPECTRUM MANAGEMENT HOLDING COMPANY, LLC <br> *Defendants*. | § § § § § § § § § § § § § § § § CASE NO. 2:24-CV-00124-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Dismiss (the "Motion") filed by Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff"). (Dkt. No. 202.) In the Motion, Plaintiff requests dismissal of all claims and defenses concerning the asserted U.S. Patent No. 11,477,108 Patent (the "'108 Patent") in the above-captioned action WITHOUT prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is GRANTED. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case related to the '108 Patent are DISMISSED WITHOUT PREJUDICE. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case related to the '108 Patent not explicitly granted herein are DENIED AS MOOT.

The Clerk of Court is directed to MAINTAIN AS OPEN the above-captioned case.

**So ORDERED and SIGNED this 16th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE