IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-00124-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S PARTIALLY OPPOSED AND PARTIALLY UNOPPOSED MOTION FOR LEAVE TO SERVE SUPPLEMENTAL EXPERT REPORTS**

Before the Court is Plaintiff's Partially Opposed and Partially Unopposed Motion for Leave to Serve Supplemental Expert Reports. Having considered the Motion and the relevant authorities, the Court finds that it should be and hereby is **GRANTED**.

**IT IS SO ORDERED.**