**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,

Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

CASE NO. 2:24-cv-00124-JRG-RSP

**JURY TRIAL DEMANDED**

**NOTICE OF REDACTED FEBRUARY 20, 2026 INITIAL PRETRIAL CONFERENCE TRANSCRIPT**

Pursuant to this Court's March 20, 2026 Order (Dkt. 348), Plaintiff Adaptive Spectrum and Signal Alignment, Inc. hereby submits the redacted version of the February 20, 2026 Initial Pretrial Conference transcript (Dkt. 320) which is attached hereto.

Dated: March 23, 2026

Respectfully submitted,

/s/ *Nicole Glauser*

Robert F. Kramer
CA Bar No. 181706 (Admitted to E.D. Texas)
rkramer@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (415) 419-1895

Nicole Glauser
Texas State Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**

500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784

David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Ste 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. State Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 23, 2026.

*/s/ Nicole Glauser*
Nicole Glauser