## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> Defendant. | CASE NO. 2:24-cv-00124-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF NICOLE GLAUSER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CHARTER'S MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO CONDUCT LIMITED ADDITIONAL DISCOVERY (DKT. 358)

I, Nicole Glauser, hereby declare as follows:

1.    I am a partner at Kramer LLP and counsel for Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff" or "ASSIA") in this action. I submit this Declaration in Support of Plaintiff's Opposition to Charter's Motion for Leave to Modify the Scheduling Order to Conduct Limited Additional Discovery.  I have personal knowledge of the facts set forth in this declaration and would testify competently to them if called as a witness.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from Memorandum Order, *Entropic Commc'ns, LLC v. Charter Commc'ns, Inc.*, No. 2:22-cv-00125-JRG (E.D. Tex. Dec. 5, 2023), ECF No. 368 (ECF No. 423 as redacted).

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Expert Report of Stephen E. Dell, CVA Relating to Damages, served May 20, 2025.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Expert Report of Stephen L. Becker, Ph.D. on Behalf of Charter Communications, Inc., served October 24, 2025.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Defendant's May 13, 2025 Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-18).

6.    Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from an email between counsel, dated May 11, 2026.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from a document produced by Charter bearing the bates range CHARTER_ASSIA_00052421 - CHARTER_ASSIA_00052421_0004.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from a document produced by Charter bearing the bates range CHARTER_ASSIA_00175423 - CHARTER_ASSIA_00175439.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt from a document produced by Charter bearing the bates range CHARTER_ASSIA_00328924 - CHARTER_ASSIA_00328926.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from Report and Recommendation, *Entropic Commc'ns, LLC v. Charter Commc'ns, Inc.*, No. 2:22-cv-00125-JRG (E.D. Tex. Nov. 27, 2023), ECF No. 349.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from Order, *Pantech Corp. v. OnePlus Tech. (Shenzhen) Co. Ltd.*, No. 5:22-cv-00069-RS (E.D. Tex. Sept. 12, 2024), ECF No. 377.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2026                              */s/ Nicole Glauser*
                                                  Nicole Glauser

2