# EXHIBIT 5

**Subject:** RE: SERVICE: ASSIA v. Charter, Case No. 2:24-cv-00124-JRG-RSP

**Date:** Monday, May 11, 2026 at 12:43:48 PM Pacific Daylight Time

**From:** Trevor Quist

**To:** Adriana Cole, QE-Charter-ASSIA, 'GT-ASSIA-CHARTER@gtlaw.com', ddacus

**CC:** AlbertiLim-ASSIA-Charter, KramerLLP-ASSIA-Charter, Melissa Smith, Tom Gorham

Counsel:

We are in receipt of your proposed supplement to Dell's report, but note that you are required to seek leave from the Court to serve such a supplement. Charter will need an opportunity to respond to this supplement, which will likewise require leave from the Court.  As per the local rules, we need to have a meet and confer on this topic.

We also want to meet and confer about re-opening fact discovery in a limited fashion.  It has come to our attention that Charter will be rolling off PMA in favor of a different solution.  As this information affects damages in this case, we intend to seek leave to re-open fact discovery to supplement our interrogatory responses and produce documents.

Please let us know your availability for a meet and confer this week. Currently we are available on Tuesday between 11-2pm CT.

Regards,

**Trevor J. Quist**
Quinn Emanuel Urquhart & Sullivan, LLP
858-295-2603 Mobile
801-515-7317 Office
801-515-7400 Fax
trevorquist@quinnemanuel.com
www.quinnemanuel.com

1 of 2