**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:24-cv-00124-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**ORDER DENYING CHARTER'S MOTION FOR LEAVE TO MODIFY THE
SCHEDULING ORDER TO CONDUCT LIMITED ADDITIONAL
DISCOVERY (DKT. 358)**

Before the Court is Defendant Charter Communications, Inc.'s Opposed Motion for Leave

to Modify the Scheduling Order to Conduct Limited Additional Discovery.

After consideration of the motion and the parties' briefing, the Court finds that Defendant's

motion (Dkt. 358) should be and hereby is **DENIED**.

**IT IS SO ORDERED**.