IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**JOINT MOTION REGARDING THE BRIEFING SCHEDULE ON DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO CONDUCT LIMITED ADDITIONAL DISCOVERY**

Defendant Charter Communications, Inc. ("Charter") and Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") respectfully submit this Joint Motion Regarding the Briefing Schedule on Charter's Motion for Leave to Modify The Scheduling Order To Conduct Limited Additional Discovery ("Motion"). Charter filed its Motion on May 21, 2026. Dkt. 358. ASSIA filed its Opposition on June 5, 2026 (Dkt. 362), making Charter's Reply due June 15, 2026.[1] The parties request a week extension for the Reply and Sur-Reply, such that Charter's June 15, 2026 deadline to file its Reply be extended to June 22, 2026, and ASSIA's deadline to file its Sur-Reply be extended to July 6, 2026. The extensions requested herein are not sought for

---

[1]  ASSIA filed and served its Opposition after 5 p.m. CT, so the date of "service" was June 8, 2026.

1

the purposes of delay but rather so there is sufficient time for both parties to adequately address each other's arguments.

DATED: June 12, 2026                    Respectfully submitted,

                                        */s/ David Eiseman*

                                        David Eiseman
                                        davideiseman@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, California 94111-4788
                                        Telephone: (415) 875 6600
                                        Fax: (415) 875 6700

                                        Deepa Acharya
                                        deepaacharya@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        555 13th Street NW, Suite 600
                                        Washington, D.C. 20004
                                        Telephone: (202)-538-8000
                                        Fax: (202)-538-8000

                                        Scott J. Bornstein
                                        New York Bar No. 2737492
                                        Email: scott.bornstein@gtlaw.com
                                        Joshua L. Raskin
                                        New York Bar No. 2816783
                                        Email: raskinj@gtlaw.com
                                        Richard C. Pettus
                                        New York Bar No. 2805059
                                        Email: pettusr@gtlaw.com
                                        Wen Xue
                                        New York Bar No. 5598008
                                        Email: xuew@gtlaw.com
                                        GREENBERG TRAURIG LLP
                                        One Vanderbilt Avenue
                                        New York, NY 10017
                                        Telephone: (212) 801-9200
                                        Fax: (212) 801-6400

                                        Stephen M. Ullmer
                                        Oregon Bar No. 52803
                                        Email: ullmers@gtlaw.com
                                        GREENBERG TRAURIG LLP

3

10260 SW Greenburg Road, Ste 400
Portland, OR 97223
Telephone: (503) 200-6200
Fax: (212) 801-6400

Matthew J. Levinstein
Illinois Bar No. 6300343
levinsteinm@gtlaw.com
GREENBERG TRAURIG LLP
360 N. Green Street, Ste. 1300
Chicago, IL 60607
Telephone: (312) 456-8400
Fax: (312) 456-8435

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
Dacus Law Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 581-2543

*Attorneys for Defendant*

*/s/ Nicole Glauser*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
KRAMER LLP
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (415) 419-1895

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
KRAMER LLP
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

4

David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
ALBERTI LIM & TONKOVICH LLP
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. State Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, the above was filed with the Court's ECF system which will send notification of such filing to all registered participants.

*/s/  David Eiseman*
David Eiseman

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that the parties met and conferred pursuant to Local Rule CV-7(i), and this is a joint submission.

*/s/  David Eiseman*
David Eiseman
