**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION REGARDING THE BRIEFING SCHEDULE ON DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO CONDUCT LIMITED ADDITIONAL DISCOVERY**

The Court, having considered the parties' Joint Motion and Stipulation Regarding the Briefing Schedule on Defendants' Motions to Dismiss and To Transfer, hereby **GRANTS** the Motion. It is therefore ORDERED that (1) the deadline for Charter to file its Reply be extended to June 22, 2026, and (2) the deadline for ASSIA to file its Sur-Reply be extended to July 6, 2026.

1