████████████████████████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC. | |
| Plaintiff, | Case No.: 2:24-cv-00124 -JRG-RSP |
| v. | ████████████████ |
| CHARTER COMMUNICATIONS, INC. | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF CORRECTION TO DKT. NO. 362**

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") respectfully submits this Notice of Correction to Dkt. No. 362, which is Plaintiff's Opposition to Charter's Motion for Leave to Modify the Scheduling Order to Conduct Limited Additional Discovery (the "Opposition"), to correct an error in the following sentence:

1.  In the Introduction at 1, the following sentence currently states:

That is especially true where Charter offers only a plan formed during litigation and a statement of present intent, not a binding commitment or ████████████████ , and Charter's ████████████ reinforces why that distinction matters.

This sentence should be changed to the following:

That is especially true where Charter offers only a plan formed during litigation and a statement of present intent, not a binding commitment or ████████████████ , and Charter's ████████████ reinforces why that distinction matters.

The contents of the Opposition otherwise remain that same.  A corrected Opposition is attached hereto as Exhibit A.

///

Dated: June 8, 2026

Respectfully submitted,

*/s/ Nicole Glauser*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. State Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 8, 2026, and any confidential versions are being served by electronic mail.

*/s/ Nicole Glauser*

