## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., §§§ | |
| *Plaintiff*, § | Case No. 2:24-cv-00124-JRG-RSP |
| v. §§ | |
| CHARTER COMMUNICATIONS, INC., ET. AL., §§§ | |
| *Defendants*. § | |

## ORDER

Before the Court is the Parties' Motion for Extension. **Dkt. No. 365**. In the Motion, the Parties request a 1-week extension to the reply and sur-reply deadlines for Charter's Motion for Leave to Modify the Scheduling Order to Conduct Limited Additional Discovery (Dkt. No. 358). Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that (1) the deadline for Defendant Charter to file its reply is extended to June 22, 2026, and (2) the deadline for Plaintiff to file its sur-reply is extended to July 6, 2026.

**SIGNED this 16th day of June, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE