**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant.* | Civil Action No. 2:24-cv-124-JRG-RSP |

**DECLARATION OF TREVOR QUIST IN SUPPORT OF DEFENDANT CHARTER COMMUNICATIONS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO CONDUCT LIMITED ADDITIONAL DISCOVERY**

I, Trevor Quist, declare as follows:

1.      I am an attorney admitted to practice in the Eastern District of Texas and am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP. I am counsel for Defendant Charter Communications, Inc. ("Charter") in this case.

2.      I submit this Declaration in support of Charter's Reply In Support of Its Motion for Leave to Modify the Scheduling Order to Conduct Limited Additional Discovery.  I have personal knowledge of the statements in this Declaration.  If called to testify as a witness, I could and would testify truthfully to each of the statements in this declaration.

3.      Attached hereto as **Exhibit H** is a true and correct copy of Charter's September 30, 2025 Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories.

4.      Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the Expert Report of Stephen E. Dell, CVA, Relating to Damages, served on May 20, 2025.

5.      Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the March 4, 2026 final pretrial conference hearing transcript.

6.      Attached hereto as **Exhibit K** is Charter's proposed Stipulation ███████ ███████ .

7.      Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the April 23, 2025 deposition transcript of Matthew Petersen.

8.      Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the May 2, 2025 deposition transcript of Roger Stafford.

9.      Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the May 6, 2025 deposition transcript of William Berger.

10.     Attached hereto as **Exhibit O** is a true and accurate copy of an email from Hannah Keidan (hannah_keidan@txed.uscourts.gov) with subject line "Order of Trials | July 10, 2026," which was sent to me, and which I received, on June 18, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of June 2026, in Salt Lake City, Utah.

*/s/ Trevor Quist*
Trevor Quist