# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | CASE NO. 2:24-cv-00124-JRG-RSP |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE FOURTH SUPPLEMENTAL EXPERT REPORT OF STEPHEN E. DELL

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") respectfully moves for leave to serve the Fourth Supplemental Expert Report of Stephen E. Dell, CVA Relating to Damages ("Dell Supplemental Report"), provided to Charter on April 30, 2026. The Dell Supplemental Report is limited to Mr. Dell's analysis of updated financial data and subscriber information that Charter produced to ASSIA on March 3, 2026, and a conference transcript of an interview with Charter's CEO that Charter produced to ASSIA on April 17, 2026. The Dell Supplemental Report does not introduce a new damages theory or methodology. Rather, it applies Mr. Dell's existing damages analysis to later-produced information from Charter. Charter does not oppose this Motion. For these reasons, good cause exists to grant leave.

## I.    LEGAL STANDARD

When a party seeks leave to serve expert materials after a court-ordered deadline, rule 16(b)(4)'s good cause standard applies. Courts in this district consider four factors: "(1) the explanation, if any, for the party's failure to comply with the discovery order; (2) the prejudice to the opposing party of allowing the witnesses to testify; (3) the possibility of curing such prejudice by granting a continuance; and (4) the importance of the witnesses' testimony." *Raytheon Co. v. Indigo Sys. Corp.,* No. 4:07-CV-109, 2009 WL 413081, at *1-2 (E.D. Tex. Feb. 18, 2009).

## II.    ARGUMENT

Good cause exists to permit ASSIA to serve the Dell Supplemental Report.

First, ASSIA has a straightforward explanation for the timing of the supplement. The Dell Supplemental Report addresses information that Charter produced after Mr. Dell served his prior damages report, including updated financial and subscriber information produced on March 3, 2026, and a conference transcript produced on April 17, 2026. ASSIA seeks leave so that Mr. Dell's damages analysis may reflect that later-produced information.

1

Second, Charter will not be prejudiced. Charter does not oppose service of the Dell Supplemental Report. The report relies on Charter's own information and does not introduce a new damages theory or methodology. It simply applies Mr. Dell's existing analysis to updated information produced by Charter.

Third, no continuance is necessary. Because Charter does not oppose the supplement and no new damages theory or methodology is being introduced, the requested leave does not require reopening discovery, modifying the case schedule, or continuing trial.

Fourth, the Dell Supplemental Report is important to ASSIA's damages case. The report allows Mr. Dell's damages analysis to account for updated Charter financial and subscriber information and later-produced evidence relevant to that analysis. Permitting the supplement therefore promotes a more complete damages presentation without unfair surprise or prejudice.

## III.    CONCLUSION

For the foregoing reasons, ASSIA respectfully requests that the Court grant Plaintiff's Unopposed Motion for Leave and permit ASSIA to serve the Fourth Supplemental Expert Report of Stephen E. Dell, CVA Relating to Damages.

July 1, 2026

Respectfully submitted,

*/s/ Nicole Glauser*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (415) 419-1895

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Melissa Richard Smith
Tex. State Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 1, 2026.

*/s/ Nicole Glauser*


## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties met and conferred on May 13, 2026 pursuant to Local Rule CV-7(i), and counsel for Defendant does not oppose this motion.

/s/ *Nicole Glauser*

4