**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:24-cv-00124-JRG-RSP <br><br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE
FOURTH SUPPLEMENTAL EXPERT REPORT OF STEPHEN E. DELL**

Before the Court is Plaintiff's Unopposed Motion for Leave to Serve the Fourth Supplemental Expert Report of Stephen E. Dell

After consideration of the unopposed motion, the Court finds that ASSIA's motion should be and hereby is **GRANTED**.

**IT IS SO ORDERED**.