## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | § § § | |
| *Plaintiff*, | § | Case No. 2:24-cv-00124-JRG-RSP |
| v. | § § | |
| CHARTER COMMUNICATIONS, INC., ET. AL., | § § § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion to Serve the Fourth Supplemental Expert Report of Stephen E. Dell. **Dkt. No. 373**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff is granted leave to serve the Fourth Supplemental Expert Report of Stephen E. Dell.

**SIGNED this 2nd day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE