███████████

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant.* | Civil Action No. 2:24-cv-124-JRG-RSP <br><br> ███████████ |

## DEFENDANT CHARTER COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR CONTINUANCE OF THE TRIAL DATE

Defendant Charter Communications, Inc. ("Charter") respectfully submits this Motion to reset the trial date due to its witnesses' conflicts for the July 10, 2026 trial setting. Charter is mindful of the incredibly impacted trial schedule the Court is facing and seeks only the limited relief necessary to avoid prejudice. ASSIA does not oppose this Motion.

Trial in this matter had been scheduled for May 18, 2026. On May 13, the Court reset trial for July 13. On May 20, Charter apprised the Court that one of its key witnesses (Matthew Petersen) and a key third-party witness (Adam Hotchkiss) have conflicts with the July 2026 trial setting. Dkt. 357. On June 18, Charter received the Court's Order for Trials for the July 2026 setting (this trial is sixth on the order) setting trial to begin on July 10. Charter's ability to mount a complete defense depends on the live testimony of these two witnesses, each of whom has an unavoidable conflict that overlaps with the July 10 trial date:

1

- ***Adam Hotchkiss.*** Mr. Hotchkiss is a co-founder of and Executive Advisor to Plume Design and has, at all times, been a third-party "Will Call" witness. Dkt. No. 308-2. He is expected to testify regarding, among other things, the accused Adaptive Wi-Fi and Speed Test products and services. Mr. Hotchkiss is scheduled to be in Europe for a pre-paid, non-refundable trip from **July 2 through July 17**, which was booked on March 27 and is built around a wedding of a close family friend taking place July 10–12. Declaration of Adam Hotchkiss ("Hotchkiss Decl."), ¶ 3. The trip cannot be rebooked, and the wedding—occurring on the very day of jury selection—cannot be moved. *See id.*, ¶¶ 3-4.

- ***Matthew Petersen.*** Mr. Petersen is a Charter engineer and Group Vice President, Wireline – Technology Strategy and Innovation of Access Architecture. *See* Declaration of Matthew Petersen ("Petersen Decl."), ¶ 2. He is expected to testify regarding the accused PMA technology—the very functionality ASSIA accuses of infringement—and has, at all times, been identified as a "Will Call" witness. Dkt. No. 308-2. Mr. Petersen is scheduled to be in Custer, South Dakota for a pre-paid, partially refundable trip from **July 7 through July 19**. Petersen Decl., ¶ 3. That trip was booked on January 7—months before the current setting—and cannot be rebooked until the following year. Petersen Decl., ¶ 4. The July 10 jury selection date falls squarely within that window.

Denying a continuance would strip Charter of the live testimony of these two key fact witnesses and force it to defend infringement and damages on the accused technologies without the percipient witnesses best positioned to explain that technology to the jury. That is precisely the manifest prejudice a continuance is designed to avoid.

For the foregoing reasons, Charter respectfully requests that the Court continue the July 10 jury selection and trial date and reset it to the earliest date convenient to the Court that does not conflict with the unavailability of Mr. Petersen and Mr. Hotchkiss. Charter's witnesses, expert witnesses, and Mr. Hotchkiss are available for the Court's trial dates in August and September, 2026.

2

DATED: June 26, 2026

Respectfully submitted,

*/s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875 6600
Fax: (415) 875 6700

Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202)-538-8000
Fax: (202)-538-8000

Scott J. Bornstein
New York Bar No. 2737492
Email: scott.bornstein@gtlaw.com
Joshua L. Raskin
New York Bar No. 2816783
Email: raskinj@gtlaw.com
Richard C. Pettus
New York Bar No. 2805059
Email: pettusr@gtlaw.com
Wen Xue
New York Bar No. 5598008
Email: xuew@gtlaw.com
GREENBERG TRAURIG LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Fax: (212) 801-6400

Stephen M. Ullmer
Oregon Bar No. 52803
Email: ullmers@gtlaw.com
GREENBERG TRAURIG LLP

3

10260 SW Greenburg Road, Ste 400
Portland, OR 97223
Telephone: (503) 200-6200
Fax: (212) 801-6400

Matthew J. Levinstein
Illinois Bar No. 6300343
levinsteinm@gtlaw.com
GREENBERG TRAURIG LLP
360 N. Green Street, Ste. 1300
Chicago, IL 60607
Telephone: (312) 456-8400
Fax: (312) 456-8435

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
Dacus Law Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 581-2543

*Counsel for Defendant Charter
Communications Inc.*

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of June, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

/s/ David Eiseman
David Eiseman

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on June 25, 2026 Charter met and conferred with counsel for ASSIA regarding the relief sought in this motion. Counsel for ASSIA indicated that ASSIA is not opposed to the relief requested herein.

/s/ David Eiseman
David Eiseman

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5, I hereby certify that the authorization for filing under seal has been previously granted by the Court in the Protective Order (Dkt. 22) entered in this case on July 22, 2024.

/s/ David Eiseman
David Eiseman