**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

ADAPTIVE SPECTRUM AND SIGNAL
ALIGNMENT, INC.,

*Plaintiff,*

v.

CHARTER COMMUNICATIONS, INC.,

*Defendant.*

Civil Action No. 2:24-cv-124-JRG-RSP

**DECLARATION OF MATTHEW PETERSEN IN SUPPORT OF
DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION FOR
CONTINUANCE OF THE TRIAL DATE**

I, Matthew Petersen, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I submit this declaration in support of Defendant Charter Communications, Inc.'s ("Charter") Motion for Continuance of the Trial Date. The facts set forth herein are based on my personal knowledge, and if called upon to testify, I could and would testify competently to them.

2. I am employed by Charter Communications, LLC, as an engineer and as Group Vice President, Wireline – Technology Strategy and Innovation of Access Architecture. I expect to testify at trial in this matter regarding the accused Profile Management Application ("PMA") technology.

1

3.  I am scheduled to be in Custer, South Dakota for a pre-paid family vacation from July 7, 2026 through July 19, 2026, overlapping the currently-scheduled trial dates.

4.  I booked this trip on January 7, 2026, when I understood the trial in this case was set for March 2026. The trip is only partially refundable and cannot be rebooked until the following year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 6 / 24 , 2026.

_____
Matthew Petersen

2