**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**DECLARATION OF ADAM HOTCHKISS**

I, Adam Hotchkiss, hereby declare as follows:

1.    I am a co-founder of and Executive Advisor to Plume Design, Inc. I make this declaration based on my personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to these facts.

2.    I have been identified as a witness in the above-captioned matter and understand that trial is currently scheduled to commence during the week of July 13, 2026.

3.    I have pre-planned and pre-paid international travel to Europe from July 2 to July 17, 2026, in connection with the wedding of ███████, a close family friend of 26 years, scheduled to take place on July 10 through 12, 2026. All travel arrangements, including flights and accommodations, were booked and paid for in advance, with flights booked on March 28, 2026, and are entirely non-refundable.

1

4.      My attendance at this wedding is a longstanding personal commitment of significant importance to me and my family, and cancellation or modification of these travel arrangements is not feasible without substantial financial loss and personal hardship.

5.      I did not have knowledge of the current trial date at the time I made these travel arrangements, and the scheduling conflict was not foreseeable at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of June, 2026, in Bangalore, India.

_____
Adam Hotchkiss

2