# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

## [PROPOSED] ORDER

Before the Court is Defendant Charter Communications, Inc.'s Unopposed Motion for Continuance of The Trial Date. After considering the motion, the Court finds it is well-taken and is hereby **GRANTED**.

1