**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:24-cv-00124-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**<u>JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT IN PRINCIPLE</u>**

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") and Defendant Charter Communications, Inc. ("Charter") file this Joint Motion to Stay All Deadlines and Notice of Settlement in Principle. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled, in principle, and request that the Court stay all unreached deadlines in this matter for thirty (30) days.

Dated:  July 7, 2026

Respectfully submitted,

_/s/ Robert F. Kramer_

Robert F. Kramer
Ca Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (212) 363-1492

Melissa Richard Smith
Tex. State Bar No. 24001351
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

_Attorneys for Plaintiff_
_Adaptive Spectrum and Signal Alignment, Inc._

*/s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202)-538-8000
Facsimile: (202)-538-8000

Scott J. Bornstein
New York Bar No. 2737492
Email: scott.bornstein@gtlaw.com
Joshua L. Raskin
New York Bar No. 2816783
Email: raskinj@gtlaw.com
Richard C. Pettus
New York Bar No. 2805059
Email: pettusr@gtlaw.com
Wen Xue
New York Bar No. 5598008
Email: xuew@gtlaw.com
**GREENBERG TRAURIG LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Stephen M. Ullmer
Oregon Bar No. 52803
ullmers@gtlaw.com
**GREENBERG TRAURIG LLP**
10260 SW Greenburg Road, Suite 400
Portland, OR  97223
Telephone: (503) 200-6200
Facsimile: (212)801-6400

Matthew J. Levinstein
Illinois Bar No. 6300343
levinsteinm@gtlaw.com
**GREENBERG TRAURIG LLP**
360 N. Green Street, Suite 1300
Chicago, IL 60607
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

Deron R. Dacus
State Bar No. 00790533
ddacus@dacusfirm.com
**DACUS LAW FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Defendant*
*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 7, 2026.

*/s/ Robert F. Kramer*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred on July 7, 2026 pursuant to Local Rule CV-7(i), and counsel for Defendant does not oppose this motion.

*/s/ Robert F. Kramer*