# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | |
| Plaintiff, | Case No. 2:24-cv-00124-JRG-RSP |
| v. | |
| CHARTER COMMUNICATIONS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT IN PRINCIPLE

The Court, having considered Plaintiff Adaptive Spectrum and Signal Alignment, Inc.'s and Defendant Charter Communication, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement in Principle, hereby **GRANTS** the Motion and Orders that the case is stayed for thirty (30) days while the parties arrange for dismissal of the case.

**IT IS SO ORDERED.**