IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | § § | |
|     *Plaintiffs* | § § | |
| v. | § § | CASE NO. 2:24-cv-00124-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., | § § | |
|     *Defendant* | § | |

## REPORT OF SECOND MEDIATION

A second mediation session in above-captioned case was conducted via Zoom video conference by the undersigned on Thursday, July 2, 2026, between Plaintiffs and Defendant. After continuing discussions with the undersigned, the parties have reached a settlement.

Signed this 7th day of July 2026.
.

/ s /  *David Folsom*
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 7, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/ s /  *David Folsom*
David Folsom