**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | § § § | |
| *Plaintiff*, | § | Case No. 2:24-cv-00124-JRG-RSP |
| v. | § § | |
| CHARTER COMMUNICATIONS, INC., ET. AL., | § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion to Stay and Notice of Settlement. **Dkt. No. 381**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that all unreached deadlines in the above-captioned case are **STAYED** until August 7, 2026 for the Parties to file appropriate dismissal papers.

**SIGNED this 7th day of July, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE