**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff Adaptive Spectrum and Signal Alignment, Inc.'s and Defendant Charter Communications, Inc.'s Joint Motion to Extend Stay of All Deadlines, hereby GRANTS the Motion and Orders that the case is stayed through August 28, 2026 while the Parties arrange for dismissal of the case.

IT IS SO ORDERED.

1