**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | § § § | |
| *Plaintiff,* | § | Case No. 2:24-cv-00124-JRG-RSP |
| v. | § § | |
| CHARTER COMMUNICATIONS, INC., ET. AL., | § § § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Parties' Joint Motion to Extend Stay. **Dkt. No. 386**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the stay entered in the above-captioned case (Dkt. No. 383) is extended to August 28, 2026.

**SIGNED this 7th day of August, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE