**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,<br>*Plaintiff*,<br>v.<br>CHARTER COMMUNICATIONS, INC.,<br>*Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Adaptive Spectrum and Signal Alignment, Inc. and Defendant Charter Communications, Inc. stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: August 25, 2026

Respectfully submitted,

*/s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875 6600
Fax: (415) 875 6700

Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202)-538-8000
Fax: (202)-538-8000

Scott J. Bornstein
New York Bar No. 2737492
Email: scott.bornstein@gtlaw.com
Joshua L. Raskin
New York Bar No. 2816783
Email: raskinj@gtlaw.com
Richard C. Pettus
New York Bar No. 2805059
Email: pettusr@gtlaw.com
Wen Xue
New York Bar No. 5598008
Email: xuew@gtlaw.com
GREENBERG TRAURIG LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Fax: (212) 801-6400

Stephen M. Ullmer
Oregon Bar No. 52803
Email: ullmers@gtlaw.com
GREENBERG TRAURIG LLP

10260 SW Greenburg Road, Ste 400
Portland, OR 97223
Telephone: (503) 200-6200
Fax: (212) 801-6400

Matthew J. Levinstein
Illinois Bar No. 6300343
levinsteinm@gtlaw.com
GREENBERG TRAURIG LLP
360 N. Green Street, Ste. 1300
Chicago, IL 60607
Telephone: (312) 456-8400
Fax: (312) 456-8435

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
Dacus Law Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 581-2543

*Counsel for Defendant Charter Communications Inc.*

*/s/ Robert F. Kramer*

Robert F. Kramer
Ca Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
KRAMER LLP
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
KRAMER LLP
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (212) 363-1492

Melissa Richard Smith

Tex. State Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Plaintiff*
*Adaptive Spectrum and Signal Alignment, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 25, 2026.

*/s/ David Eiseman*
David Eiseman

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties met and conferred pursuant to Local Rule CV-7(i), and this is a joint submission.

*/s/ David Eiseman*
David Eiseman