**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Civil Action No. 2:24-cv-124-JRG-RSP |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Adaptive Spectrum and Signal Alignment, Inc. and Defendant Charter Communications, Inc.'s Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation"). The Court, having considered the Stipulation, hereby **GRANTS** the Stipulation. This action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**