**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | § | |
| *Plaintiff*, | § | Case No. 2:24-cv-00124-JRG-RSP |
| v. | § | |
| CHARTER COMMUNICATIONS, INC., ET. AL. | § | |
| *Defendants*. | § | |

**<u>ORDER</u>**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff") and Charter Communications, Inc. ("Defendant"). (Dkt. No. 388.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action between Plaintiff and Defendant Charter Communications, Inc. **WITH PREJUDICE**. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant Charter Communications, Inc. in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between the above-mentioned parties not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case as no parties remain. [1].

**So ORDERED and SIGNED this 28th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

[1] *See* Dkt. No. 26 (dismissing other Charter defendants).