AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern District of Texas on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 2:24-cv-124 | 2/21/2024 | Eastern District of Texas |

| PLAINTIFF | DEFENDANT |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., | CHARTER COMMUNICATIONS, INC., et al |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,809,996 | 10/5/2010 | Adaptive Spectrum and Signal Alignment, Inc. |
| 2 10,848,398 | 11/24/2020 | Adaptive Spectrum and Signal Alignment, Inc. |
| 3 11,050,654 | 6/29/2021 | Adaptive Spectrum and Signal Alignment, Inc. |
| 4 11,477,108 | 10/18/2022 | Adaptive Spectrum and Signal Alignment, Inc. |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Having considered the Stipulation, the Court ACCEPTS AND ACKNOWLEDGES that all claims and causes of action asserted between Plaintiff and Defendant Charter Communications, Inc. in the above-captioned case are DISMISSED WITH PREJUDICE.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| David A. O'Toole | nkl | **8/28/2026** |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**